

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. |
| **Plaintiff,** | : | JUDGE |
| v. | : | |
| **JOHN K. ECKERD, JR., ET. AL.,** | : | |
| **Defendants,** | : | **FILED UNDER SEAL** |

## MOTION TO SEAL INDICTMENT

Now comes the United States, by and through its counsel, Assistant United States Attorney S. Courter Shimeall, for the Southern District of Ohio, and respectfully requests that the Indictment in the above-entitled cause be sealed because the United States is apprehensive that the defendants may flee the jurisdiction or that possibly other evidence may be destroyed if the defendants become aware of the existence of said Indictment.

WHEREFORE, the government respectfully requests that the Indictment in this cause be sealed.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

S. COURTER SHIMEALL (OH 90514)
PETER K. GLENN-APPLEGATE (OH 0088708)
DAVID J. TWOMBLY (OH 0092558)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Tel: (614) 469-5715
courter.shimeall@usdoj.gov