# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 2:22-CR-237 |
| Plaintiff | : | CHIEF JUDGE MARBLEY |
| v. | : | |
| JOHN K. ECKERD, JR. (1) | : | |
| AFIF BALTAGI (2) | : | |
| Defendants | : | |

## MOTION TO UNSEAL

Now comes the United States of America, by and through S. Courter Shimeall, Assistant United States Attorney for the Southern District of Ohio, Eastern Division, and respectfully requests that the case above case be unsealed, as there is no longer a concern of the criminal investigation being compromised.

Dated: February 6, 2023

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

_____
S. COURTER SHIMEALL (0090514)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5713
courter.shimeall@usdoj.gov